UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOUGLAS PINES,

        Plaintiff,                          No. 12-cv-12673

vs.                                         Hon. Gerald E. Rosen

JACKIE DYER; RICHARD CADY;
E. PAZITKA; DEBRA L. SCUTT;
JOE BARRETT; JENNIFER ENGSTROM;
KEN RYAN; C. JOHNSON; HAMMOND;
DANIEL HEYNES; and SHARON WILLIAMS
ALLEN, *also known as Williams*,

        Defendants.
_____/

ORDER ADOPTING REPORT AND RECOMMENDATION AND
DISMISSING PLAINTIFF'S COMPLAINT

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on May 21, 2013

        PRESENT:    Honorable Gerald E. Rosen
                                United States District Chief Judge

This matter having come before the Court on the February 14, 2013 Report and Recommendation of United States Magistrate Judge Charles Binder recommending that the Court grant Defendants' Motions for Summary Judgment [Dkt. Nos. 12 and 18]; and Plaintiff having timely filed objections to the Magistrate Judge's Report and Recommendation; and the Court having reviewed the Magistrate Judge's Report and Recommendation, Plaintiff's objections and the Court's file of this action and having concluded that, for the reasons stated in the Report and Recommendation, Defendants Motions for Summary Judgment should be

granted; and the Court being otherwise fully advised in the premises,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation of February 13, 2013 **[Dkt. # 21]**, be, and hereby is, adopted by this Court.

IT IS FURTHER ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, Defendants Motions for Summary Judgment **[Dkt. Nos. 12 and 18]** are GRANTED. Accordingly,

IT IS FURTHER ORDERED that Plaintiff's Complaint isDISMISSED, in its entirety, with prejudice.

s/Gerald E. Rosen
Chief Judge, United States District Court

Dated: May 21, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 21, 2013, by electronic and/or ordinary mail.

s/Julie Owens
Case Manager, (313) 234-5135