UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOUGLAS PINES,

        Plaintiff,               No. 12-cv-12673

vs.                                 Hon. Gerald E. Rosen

JACKIE DYER; RICHARD CADY;
E. PAZITKA; DEBRA L. SCUTT;
JOE BARRETT; JENNIFER ENGSTROM;
KEN RYAN; C. JOHNSON; HAMMOND;
DANIEL HEYNES; and SHARON WILLIAMS
ALLEN, *also known as Williams*,

        Defendants.
_____/

## JUDGMENT

The Court having this date adopted the Magistrate Judge's Report and Recommendation, granted Defendants' Motions for Summary Judgment and dismissed Plaintiff's Complaint, in its entirety, with prejudice, and being otherwise fully advised in the premises,

NOW, THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that a JUDGMENT of DISMISSAL, WITH PREJUDICE, be and hereby is entered.

                s/Gerald E. Rosen
                Chief Judge, United States District Court

Dated: May 21, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 21, 2013, by electronic and/or ordinary mail.

                s/Julie Owens
                Case Manager, (313) 234-5135